**\*E-FILED\***
**January 25, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTEL CORPORATION, | No. C 05-05101 RS |
|     Petitioner, | |
|     v. | **ORDER OF RECUSAL** |
| LM ERICSSON TELEFON, AB, | |
|     Respondent. _____/ | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: January 25, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

John L. Cooper, Esq.
Email: jcooper@fbm.com

Dated: January 25, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2