Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/8/06

| | |
|---|---|
| ATMEL CORPORATION, | Case No. C-05-05101-RMW |
| Petitioner, | **STIPULATION REGARDING ENTRY OF JUDGMENT** |
| vs. | |
| LM ERICSSON TELEFON, AB, | |
| Respondent. | |

WHEREAS, on November 19, 2003, Petitioner Atmel Corporation ("Atmel") commenced arbitration proceedings against Respondent LM Ericsson Telefon, AB ("Ericsson") before the international arm of the American Arbitration Association, known as the International Centre for Dispute Resolution ("ICDR");

WHEREAS, Ericsson appeared before the ICDR to contest Atmel's claim for relief beginning on December 22, 2003;

WHEREAS, the parties agreed in Paragraph 10.4 of the agreement which gave rise to the dispute that any ensuing controversy would be "finally settled by binding arbitration" and that

1  "[j]udgment on the award rendered by the arbitrators may be entered in any court having
2  jurisdiction thereof";

3  WHEREAS, the parties conducted a two-week arbitration hearing with live witnesses
4  before the ICDR at 1633 Broadway, New York, New York ("ICDR") beginning on May 16,
5  2005;

6  WHEREAS, the ICDR resolved the parties' dispute by issuing the "Final Award Of
7  Arbitrators" ("the Award"[1]) on November 21, 2005;

8  WHEREAS, on December 9, 2005, Atmel petitioned this Court to confirm the Award and
9  enter it as a judgment of this Court;

10  WHEREAS, Atmel agrees that Ericsson has satisfied fully Ericsson's monetary payment
11  obligations under the Award by having wired to Atmel a total of $43,118,750.00 on
12  December 21, 2005;

13  WHEREAS, Ericsson agrees to the entry of the Award as a judgment of this Court, and
14  agrees as to the form of the Proposed Judgment submitted contemporaneously herewith;

15  IT IS HEREBY STIPULATED, subject to the Court's approval, that the arbitral Award
16  should be confirmed and the Proposed Judgment submitted contemporaneously herewith should
17  be entered as a judgment of this Court.  By this stipulation, the parties have only agreed to the
18  entry of the Award as a Judgment of the Court.

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //

---

[1] Atmel su//bmitted the Award under seal as Exhibit B to the Declaration Of Andrew Leibnitz In Support Of Atmel Corporation's Petition To Confirm Arbitral Award, dated December 9, 2005.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

- 2 -                                                         18436\863909.4
STIPULATION FOR ENTRY OF JUDGMENT — Case No. C-05-5101-RMW

| | | |
|---|---|---|
| 1 | DATED:  January 23, 2006 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |

By: _____/s/_____
        John L. Cooper

Attorneys for Petitioner
ATMEL CORPORATION

DATED:  January 23, 2006                    MORRISON & FOERSTER LLP

By: _____/s/_____
        Thomas L. Treffert

Attorneys for Respondent
LM ERICSSON TELEFON, AB

PURSUANT TO STIPULATION, IT IS SO ORDERED this __7___ day of February, 2006.

__/s/ Ronald M. Whyte_____
United States District Court Judge

I attest that concurrence in the filing of the above stipulation has been obtained from counsel for LM ERICSSON TELEFON, AB.

DATED:  January 24, 2006                    FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
        John L. Cooper

Attorneys for Petitioner
ATMEL CORPORATION

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

- 3 -

18436\863909.4

STIPULATION FOR ENTRY OF JUDGMENT — Case No. C-05-5101-RMW